JAMES ANTON, Appellant, *v.* MIKE PAPPAS et. al., Respondents.

Argued January 7, 1943; decided February 25, 1943.

*Murray Sprung* and *Arthur M. Laufer* for appellant.

*Joseph H. Wasserman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.